IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **WARFIELD HISTORIC** | ) | Case Nos. 24-12500; 24-12506; |
| **PROPERTIES, LLC,** *et al.* | ) | 24-12504; 24-12508; 24-12511 |
| | ) | |
| Debtors. | ) | **(Jointly Administered Under** |
| | ) | **Chapter 11 Case No. 24-12500)** |
| _____ | ) | |
| **WARFIELD HISTORIC** | ) | |
| **PROPERTIES, LLC** | ) | |
| One Research Court, Suite 450 | ) | **Adversary No. 25-00042-LSS** |
| Rockville, Maryland 20850 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **WARFIELD HISTORIC** | ) | |
| **QUAD, LLC** | ) | |
| One Research Court, Suite 450 | ) | |
| Rockville, Maryland 20850 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **WARFIELD RESTORATIONS, LLC** | ) | |
| One Research Court, Suite 450 | ) | |
| Rockville, Maryland 20850 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **WARFIELD CENTER, LLC** | ) | |
| One Research Court, Suite 450 | ) | |
| Rockville, Maryland 20850 | ) | |
| | ) | |
| and | ) | |
| | **)** | |
| **WARFIELD PROPERTIES, LLC** | ) | |
| One Research Court, Suite 450 | ) | |
| Rockville, Maryland 20850 | ) | |
| | ) | |
| Plaintiffs, | ) | |

1

| | |
|---|---|
| **v.** | ) |
| | ) |
| **TOWN OF SYKESVILLE** | ) |
| 7547 Main Street | ) |
| Sykesville, Maryland 21784 | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The Court requested that the Parties confer and file a proposed Scheduling Order. The Parties have conferred and agreed upon the dates in the attached Scheduling Order. The Parties therefore request that the attached Scheduling Order be issued as an Order of the Court.

Respectfully submitted,

/s/ *Timothy F. Maloney*
Timothy F. Maloney (Bar No. 03381)
Alyse L. Prawde (Bar No. 14676)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 207702
(301) 220-2200 (telephone)
tmaloney@jgllaw.com
aprawde@jgllaw.com
*Attorneys for Plaintiffs*

/s/ *Bryan D. Bolton*
Bryan D. Bolton, (Bar No. 02112)
Bradley J. Swallow, (Bar No. 11250)
Lee B. Rauch, (Bar No. 12135)
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
410.659.8320 (telephone)
bbolton@fblaw.com
bswallow@fblaw.com
lrauch@fblaw.com

<u>/s/ *Elissa D. Levan*</u>
Elissa D. Levan, Bar No. 05741
2007 Tidewater Colony Drive
Annapolis, Maryland 21401
443-853-9009 (telephone)
443-853-9203 (facsimile)
Elevan@levanruff.com

*Attorneys for Defendant*

3