# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–12500 – LSS**   Chapter: **11**   Adversary No.: **25–00042**

**Warfield Historic Properties, LLC and Warfield Restorations, LLC**
Debtors

**Warfield Historic Properties, LLC**
Plaintiff

vs.

**Town of Sykesville**
Defendant

# NOTICE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688.

PLEASE TAKE NOTICE that a Pretrial Conference will be held

on 7/2/25 at 10:00 AM

to consider and act upon the following:

1 – Adversary case 25–00042. (14 (Recovery of money/property – other)) Complaint by Timothy F. Maloney on behalf of Warfield Historic Properties, LLC, Warfield Historic Quad, LLC, Warfield Restorations, LLC, Warfield Center, LLC, Warfield Properties, LLC against Town of Sykesville. The filing fee is EXEMPT – Plaintiff is the debtor in the Bankruptcy case. (Attachments: # 1 Adversary Proceeding Cover Sheet # 2 Summons) (Maloney, Timothy)

14 – Answer to Complaint , Counterclaim by Town of Sykesville against Warfield Historic Properties, LLC, Warfield Historic Quad, LLC Filed by Town of Sykesville. (Swallow, Bradley)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/7/25

                                             Mark A. Neal, Clerk of Court
                                             by Deputy Clerk, Daniel Walston
                                             301–344–3496