IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WARFIELD HISTORIC | ) | Case Nos. 24-12500; 24-12506; |
| PROPERTIES, LLC, *et al.* | ) | 24-12504; 24-12508; 24-12511 |
| | ) | |
| Debtors. | ) | (Jointly Administered Under |
| | ) | Chapter 11 Case No. 24-12500) |
| | ) | |
| WARFIELD HISTORIC | ) | |
| PROPERTIES, LLC, *et al.* | ) | Adversary No. 25-00042-LSS |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| TOWN OF SYKESVILLE | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, AND HEARING REQUEST**

COME NOW, Plaintiffs Warfield Historic Properties, LLC, Warfield Historic Quad, LLC, Warfield Restorations, LLC, Warfield Center, LLC, and Warfield Properties, LLC, by and through undersigned counsel, and move this Court for an order denying Plaintiff's Motion for Judgment on the Pleadings. The grounds for this motion are set forth in the attached memorandum, which is adopted and incorporated herein by reference.

1

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By:          /s/

             Timothy F. Maloney (Bar No. 03381)
Alyse L. Prawde (Bar No. 14676)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Phone: (301) 220-2200
Fax: (240) 553-1784
tmaloney@jgllaw.com
aprawde@jgllaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2025, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

*/s/*

Alyse L. Prawde