Maryland Judiciary Case Search

# Maryland Judiciary Case Search

NOTICE: Case Search new release coming January 9, 2026! Click link below for details:

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Carroll County - Civil** |
| Location: | **Carroll Circuit Court** |
| Case Number: | **C-06-CV-23-000249** |
| Title: | **Town of Sykesville vs. Warfield Historic Properties LLC, et al.** |
| Case Type: | **Contract - Breach** |
| Filing Date: | **05/25/2023** |
| Case Status: | **Open** |
| Judicial Officer: | **Titus, Richard R.** |

### Involved Parties Information

#### Defendant

Name: **Sudow Kuhlhagen LLP**
Removal Date: **03/04/2025**

Address: **Serve On: Tron Kohlhagen Resident Agent**
**1000 Maine Ave SW**
City: **WASHINGTON**  State: **DC**  Zip Code: **20024**

#### Attorney(s) for the Defendant

| | |
|---|---|
| Name: | **LUZURIAGA, MATTHEW GREGORY** |
| Appearance Date: | **07/26/2023** |
| Removal Date: | **03/04/2025** |
| Address Line 1: | **189 E MAIN ST** |
| City: | **WESTMINSTER**  State: **MD**  Zip Code: **21157** |

#### Settlement Conference Officer

Name: **DESPER, GARY W**
Removal Date: **11/07/2024**

Address: **DESPER LAW GROUP**
**43 N. COURT STREET**
City: **WESTMINSTER**  State: **MD**  Zip Code: **21157**

12/22/25, 10:47 PM
Maryland Judiciary Case Search

## Aliases

Standard : **Desper, Gary W Esquire**

## Defendant

Name: **Warfield Historic Quad LLC**

Address: **Serve On: Roger A Conley Resident Agent**
          **One Research Court**
City:     **ROCKVILLE**   State:  **MD**   Zip Code:  **20850**

## Attorney(s) for the Defendant

Name:            **MALONEY, TIMOTHY FRANCIS**
Appearance Date: **07/19/2023**
Address Line 1:  **Joseph, Greenwald And Laake**
Address Line 2:  **6404 Ivy Lane**
Address Line 3:  **Suite 400**
City:            **Greenbelt**   State:  **MD**   Zip Code:  **20770**


Name:            **PRAWDE, ALYSE LAUREN**
Appearance Date: **10/06/2023**
Address Line 1:  **JOSEPH, GREENWALD & LAAKE, P.A.**
Address Line 2:  **6404 IVY LANE**
Address Line 3:  **SUITE 400**
City:            **GREENBELT**   State:  **MD**   Zip Code:  **20770**


## Defendant

Name: **Warfield Historic Properties LLC**

Address: **Serve On: Roger A Conley Resident Agent**
          **One Research Court**
City:     **ROCKVILLE**   State:  **MD**   Zip Code:  **20850**

## Attorney(s) for the Defendant

Name:            **MALONEY, TIMOTHY FRANCIS**
Appearance Date: **07/19/2023**
Address Line 1:  **Joseph, Greenwald And Laake**
Address Line 2:  **6404 Ivy Lane**
Address Line 3:  **Suite 400**
City:            **Greenbelt**   State:  **MD**   Zip Code:  **20770**


Name:            **PRAWDE, ALYSE LAUREN**
Appearance Date: **10/06/2023**
Address Line 1:  **JOSEPH, GREENWALD & LAAKE, P.A.**

Address Line 2:    **6404 IVY LANE**
Address Line 3:    **SUITE 400**
City:              **GREENBELT**   State:  **MD**   Zip Code:  **20770**

## Interested Person/ Party

Name: **Rosen Hoover Sykes Brown P.A.**

## Attorney(s) for the Interested Person/ Party

Name:             **SYKES, DANIEL ENOCH**
Appearance Date: **12/22/2023**
Address Line 1:   **Rosen Hoover P.A.**
Address Line 2:   **One Charles Center**
Address Line 3:   **100 N. Charles Street, Suite 1010**
City:             **BALTIMORE**   State:  **MD**   Zip Code:  **21201**

## Plaintiff

Name: **Town of Sykesville**

Address: **7547 Main Street**
City:       **Sykesville**   State:  **MD**   Zip Code:  **21784**

## Attorney(s) for the Plaintiff

Name:             **LEVAN, ELISSA D**
Appearance Date: **05/25/2023**
Address Line 1:   **Levan Ruff LLC**
Address Line 2:   **2007 Tidewater Colony Drive**
City:             **ANNAPOLIS**   State:  **MD**   Zip Code:  **21401**

Name:             **BOLTON, BRYAN D**
Appearance Date: **12/07/2023**
Address Line 1:   **Funk & Bolton, P.A.**
Address Line 2:   **100 Light Street**
Address Line 3:   **Suite 1400**
City:             **BALTIMORE**   State:  **MD**   Zip Code:  **21202**

Name:             **RAUCH, LEE BRYAN**
Appearance Date: **12/07/2023**
Address Line 1:   **100 Light Street**
Address Line 2:   **Suite 1400**
City:             **BALTIMORE**   State:  **MD**   Zip Code:  **21202**

12/22/25, 10:47 PM                                   Maryland Judiciary Case Search

## Interested Person/ Party

Name: **Herman, Jonathon A**

Address: **7546 Norwood Ave.**
City:      **Skysville**   State:   **MD**   Zip Code:   **21784**

## Attorney(s) for the Interested Person/ Party

Name:                 **SCARLETT, ROBERT B**
Appearance Date: **12/21/2023**
Address Line 1:    **Scarlett & Croll, P.A.**
Address Line 2:    **306 W. Chesapeake Ave.**
City:                    **TOWSON**   State:   **MD**   Zip Code:   **21204**

## Settlement Conference Officer

Name: **Stone, Andrew C Esquire**
Removal Date: **01/03/2025**

Address: **ANDREW STONE LAW**
              **237 EAST MAIN ST**
City:      **WESTMINSTER**   State:   **MD**   Zip Code:   **21157**

## Aliases

Standard : **STONE, ANDREW**
Standard : **STONE, ANDREW C**
Standard : **STONE, ANDREW CHRISTIAN**

## Interested Person/ Party

Name: **Herman, Jonathon A**

Address: **7546 Norwood Ave.**
City:      **Skyesville**   State:   **MD**   Zip Code:   **21784**

## Attorney(s) for the Interested Person/ Party

Name:                 **SCARLETT, ROBERT B**
Appearance Date: **12/21/2023**
Address Line 1:    **Scarlett & Croll, P.A.**
Address Line 2:    **306 W. Chesapeake Ave.**
City:                    **TOWSON**   State:   **MD**   Zip Code:   **21204**

# Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|------------|------------|------------|-------|----------------|------------|--------|

| Hearing - Motion | 12/08/2023 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | Concluded / Held |
| --- | --- | --- | --- | --- | --- | --- |
| Hearing - Motion | 02/23/2024 | 10:30:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | Concluded / Held |
| Conference - Pre-Trial | 03/08/2024 | 11:00:00 | To Be Assigned, Judge | Carroll County Circuit Court | Courtroom 8H - Annex - 1st Floor (Hallway) | CancelledReason: Postponed/Reset |
| Trial - Court | 05/06/2024 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Court | 05/07/2024 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Court | 05/08/2024 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Court | 05/09/2024 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Postponed/Reset |
| Conference - Pre-Trial | 11/08/2024 | 09:00:00 | To Be Assigned, Judge | Carroll County Circuit Court | Courtroom 8H - Annex - 1st Floor (Hallway) | CancelledReason: Postponed/Reset |
| Conference - Pre-Trial | 01/03/2025 | 09:00:00 | To Be Assigned, Judge | Carroll County Circuit Court | Courtroom 8H - Annex - 1st Floor (Hallway) | Held off the Record / Chambers |
| Hearing - Settlement | 01/03/2025 | 09:15:00 | Moffatt, Jeffrey D. | Carroll County Circuit Court | Courtroom 5 - Historic - 1st Floor | Concluded / Held |
| Trial - Court | 01/13/2025 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Cancelled/Vacated |
| Hearing - Status | 01/13/2025 | 08:45:00 | Poole, Kathryn B | Carroll County Circuit Court | Courtroom 5 - Historic - 1st Floor | Postponed |
| Trial - Court | 01/14/2025 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Cancelled/Vacated |

| Trial - Court | 01/15/2025 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Cancelled/Vacated |
| Trial - Court | 01/16/2025 | 08:45:00 | Titus, Richard R. | Carroll County Circuit Court | Courtroom 4 - Annex - 2nd Floor | CancelledReason: Cancelled/Vacated |
| Hearing - Status | 03/10/2025 | 08:45:00 | Poole, Kathryn B | Carroll County Circuit Court | Courtroom 5 - Historic - 1st Floor | CancelledReason: Stipulated / Dismissed |

## Document Information

File Date:        **05/25/2023**
Document Name: **Complaint / Petition**
Comment:          **Complaint for Breach of Contract/Specific performance/Inj. Relief**

---

File Date:        **05/25/2023**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit B Reversionary Deed 2**

---

File Date:        **05/25/2023**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit A Reversionary Deed 1**

---

File Date:        **05/25/2023**
Document Name: **Line**
Comment:          **Line requesting summonses**

---

File Date:        **05/25/2023**
Document Name: **Case Information Report Filed**
Comment:          **Information report**

---

File Date:        **05/25/2023**
Document Name: **Summons Issued (Service Event)**
Comment:          **Eserve to Levan for Service**

---

File Date:        **05/25/2023**
Document Name: **Summons Issued (Service Event)**
Comment:          **Eserve to Levan for Service**

---

File Date:        **05/25/2023**
Document Name: **Summons Issued (Service Event)**

Comment:         **Eserve to Levan for Service**

---

File Date:       **05/25/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Summons - Warfield Properties**

---

File Date:       **05/25/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Summons - Warfield Quad**

---

File Date:       **05/25/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Summons - Sudow Kuhlhagen**

---

File Date:       **06/10/2023**
Document Name: **Affidavit - Service**
Comment:         **Affidavit of service on SDAT**

---

File Date:       **06/10/2023**
Document Name: **Return of Service - Not Served**
Comment:         **Affidavit of Due diligence Warfield Historic Props**

---

File Date:       **06/10/2023**
Document Name: **Supporting Exhibit**
Comment:         **Proof of Mailing Warfield Historic Properties**

---

File Date:       **06/10/2023**
Document Name: **Affidavit - Service**
Comment:         **Affidavit of Service on SDAT Warfield Historic Quad**

---

File Date:       **06/10/2023**
Document Name: **Supporting Exhibit**
Comment:         **Proof of Mailing Warfield Historic Quad**

---

File Date:       **06/10/2023**
Document Name: **Return of Service - Not Served**
Comment:         **Affidavit of Due Diligence Warfield Historic Quad**

---

File Date:       **07/18/2023**
Document Name: **Answer**
Comment:         **response to the Complaint**

---

File Date:      **07/18/2023**
Document Name: **Attorney Appearance – $20 Fee**
Comment:        **LINE ENTERING APPEARANCE**

---

File Date:      **07/25/2023**
Document Name: **Hearing Notice Issued**
Comment:        **Notice of Assignment and Settlement Officer Assignment Sheet issued**

---

File Date:      **07/26/2023**
Document Name: **Answer**
Comment:        **Answer to Complaint**

---

File Date:      **07/27/2023**
Document Name: **Scheduling Order**
Comment:        **Signed Scheduling Order &amp; Notice of Assignment eserved to Attys Levan; Maloney; Luzuriaga &amp; Settlement Office Desperr w/Settlement Officer Assignment Sheet**

---

File Date:      **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Notice of Assignment – Levan**

---

File Date:      **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Notice to Plaintiff – Levan**

---

File Date:      **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Notice of Assignment – Maloney**

---

File Date:      **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Notice of Assignment – Luzuriaga**

---

File Date:      **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Scheduling Order**

---

File Date:      **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Courtroom Technology Notice**

---

File Date:       **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Settlement Officer Assignment - Desper**

---

File Date:       **07/27/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Notice of Assignment – Desper**

---

File Date:       **07/30/2023**
Document Name: **Deficient Filing**
Comment:         **Amended Complaint Adding Count for Waste**

---

File Date:       **07/30/2023**
Document Name: **Deficient Filing**
Comment:         **Blacklined (Comparison) version of Amended Complaint**

---

File Date:       **07/31/2023**
Document Name: **Notice of Deficiency - Rule 20-203(d)**
Comment:         **Eserved to Levan**

---

File Date:       **07/31/2023**
Document Name: **Notice of Deficiency - Rule 20-203(d)**
Comment:         **Eserved to Levan**

---

File Date:       **07/31/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **MDEC Deficiency Notice**

---

File Date:       **07/31/2023**
Document Name: **Complaint - Amended**
Comment:         **Amended Complaint (Corrected to Cure Deficiency)**

---

File Date:       **07/31/2023**
Document Name: **Complaint - Amended**
Comment:         **Amended Complaint Blackline (Comparison)**

---

File Date:       **07/31/2023**
Document
Name:            **Deficient Filing**

Comment:         **Notice Regarding Discovery re Ps 1st Interrogatories and Ps 1st Request for Prod of Documents to Warfield Entities**

---

File Date:       **08/01/2023**
Document Name: **Notice of Deficiency - Rule 20-203(d)**
Comment:

---

File Date:       **08/01/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Notice of Deficiency - Rule 20-203(d)**

---

File Date:       **08/01/2023**
Document Name: **Notice of Discovery**
Comment:         **Notice regarding discovery re Ps 11st Interrogatories and RFP to Warfield Entities**

---

File Date:       **08/18/2023**
Document Name: **Counter Complaint / Claim**
Comment:         **Counterclaim**

---

File Date:       **09/06/2023**
Document Name: **Certificate Regarding Discovery**
Comment:         **Notice of Discovery**

---

File Date:       **10/06/2023**
Document Name: **Notice of Discovery**
Comment:         **Notice Regarding Discovery re deposition notice**

---

File Date:       **10/06/2023**
Document Name: **Deficient Filing**
Comment:         **Notice regarding discovery CORRECED**

---

File Date:       **10/06/2023**
Document Name: **Attorney Appearance - $20 Fee**
Comment:         **Line Entering Appearance**

---

File Date:       **10/12/2023**
Document
Name:            **Motion/Request for Protective Order**
Comment:         **Defendants Warfield Historic Properties, LLC and Warfield Historic Quad, LLC, Motion for Protective Order and for Appropriate Relief**

---

File Date:       **10/12/2023**
Document Name: **Supporting Exhibit**
Comment:         **Ex. 1 - Oct 6 emails**

---

File Date:        **10/12/2023**
Document Name: **Supporting Exhibit**
Comment:        **Ex. 2 - Oct. 7 emails**

---

File Date:        **10/12/2023**
Document Name: **Supporting Exhibit**
Comment:        **Ex. 3 - Oct. 8 emails**

---

File Date:        **10/12/2023**
Document Name: **Supporting Exhibit**
Comment:        **Ex. 4 - Oct. 9 emails**

---

File Date:        **10/12/2023**
Document Name: **Supporting Exhibit**
Comment:        **Ex. 5 - Oct. 11 emails**

---

File Date:        **10/12/2023**
Document Name: **Supporting Exhibit**
Comment:        **Ex. 6 - NOD**

---

File Date:        **10/12/2023**
Document Name: **Motion - Shorten Time**
Comment:        **Defendants Warfield Historic Properties, LLC and Warfield Historic Quad, LLCs Motion To Shorten Time**

---

File Date:        **10/16/2023**
Document Name: **Order**
Comment:        **granting motion to shorten time, Plaintiff-counter-defendant shall have until 10/17/23 to file any opposition to the motion for protective order. Copies eserved to Atty Luzuriaga, Levan, Maloney, and Prawde**

---

File Date:        **10/16/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Order to shorten time**

---

File Date:        **10/17/2023**
Document Name: **Motion - Quash Subpoena**
Comment:        **Motion to Quash Subpoena for Telephone Records**

---

File Date:        **10/17/2023**
Document Name: **Supporting Exhibit**

Comment:          **Exhibit A**

---

File Date:        **10/17/2023**
Document Name:    **Motion - Shorten Time**
Comment:          **Motion to short time re motion to quash**

---

File Date:        **10/17/2023**
Document
Name:             **Order**
Comment:          **Motion to Shorten Time Denied as Moot: Merits of Motion Having Been Decided by Order of
                  Even Date: Copies E-Served to Luzuriaga, Levan, Maloney, and Prawde**

---

File Date:        **10/17/2023**
Document Name:    **Writ /Summons/Pleading - Electronic Service**
Comment:          **Order - Motion to Shorten Time Denied as Moot**

---

File Date:        **10/18/2023**
Document Name:    **Order**
Comment:          **denying motion to quash. Copies E-Served to Luzuriaga, Levan, Maloney, and Prawde**

---

File Date:        **10/18/2023**
Document Name:    **Line**
Comment:          **Line Regarding Withdrawal of Defendants' Motion for Protective Order**

---

File Date:        **10/18/2023**
Document Name:    **Writ /Summons/Pleading - Electronic Service**
Comment:          **order**

---

File Date:        **10/19/2023**
Document Name:    **Motion - Quash Subpoena**
Comment:          **Motion to Quash Subpoena Verizon Wireless**

---

File Date:        **10/19/2023**
Document Name:    **Supporting Exhibit**
Comment:          **Exhibit A Subpoena and Depo notice**

---

File Date:        **10/19/2023**
Document Name:    **Motion - Shorten Time**
Comment:          **Motion to Shorten time re Mtn to Quash Verizon Subpoena**

---

File Date:        **10/23/2023**

| | |
|---|---|
| Document Name: | **Order** |
| Comment: | **GRANTED. Defendants to file response on or before 10/26/23. Copies eserved to Luzuriaga, Levan, Maloney, Prawde** |

---

| | |
|---|---|
| File Date: | **10/23/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Order to Shorten Time** |

---

| | |
|---|---|
| File Date: | **10/26/2023** |
| Document Name: | **Opposition** |
| Comment: | **Defendants/Counter-Plaintiffs' Opposition to Motion to Quash Subpoena to Verizon Wireless Services LLC for Cell Phone Records, and Hearing Request** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Hearing Notice Issued** |
| Comment: | **12/8 motion** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Technology notice** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Maloney** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Luzuriaga** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Levan** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Order** |
| Comment: | **Setting Hearing on Motion to Quash Subpoena and Staying the Subpoena directed to Verizon Wireless. Eserved to Levan, Luzuriaga and Maloney** |

---

| | |
|---|---|
| File Date: | **10/30/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |

Comment:          **Order-Setting Hearing on Motion to Quash Subpoena and Staying Subpoena**

---

File Date:          **11/14/2023**
Document Name:**Answer**
Comment:          **Answer to Counterclaim**

---

File Date:          **11/28/2023**
Document Name:**Motion**
Comment:          **Motion for Scheduling Conf and Order on Attorneys Fees**

---

File Date:          **11/28/2023**
Document Name:**Supporting Exhibit**
Comment:          **Ex. 1 - Purchase Agreement**

---

File Date:          **11/28/2023**
Document Name:**Supporting Exhibit**
Comment:          **Ex. 2 - Escrow Agreement**

---

File Date:          **11/28/2023**
Document Name:**Supporting Exhibit**
Comment:          **Ex. 3 - Reversion Agreement**

---

File Date:          **11/28/2023**
Document Name:**Certificate Regarding Discovery**
Comment:          **Notice of Discovery re Request for inspection of Property**

---

File Date:          **11/28/2023**
Document Name:**Motion / Request / Demand for Discovery and Inspection**
Comment:          **Request for Inspection of Property**

---

File Date:          **11/29/2023**
Document Name:**Deficient Filing**
Comment:          **Notice of Discovery Corp Designee Deposition**

---

File Date:          **11/29/2023**
Document Name:**Notice of Deficiency - Rule 20-203(d)**
Comment:          **Eserved to Levan**

---

File Date:          **11/29/2023**
Document Name:**Writ /Summons/Pleading - Electronic Service**
Comment:          **Notice of Deficiency**

---

File Date:        **11/29/2023**
Document Name: **Certificate Regarding Discovery**
Comment:          **Notice of Discovery Corp Designee Deposition (signed)**

---

File Date:        **12/01/2023**
Document Name: **Certificate Regarding Discovery**
Comment:          **Notice of Discovery Corp Designee Deposition**

---

File Date:        **12/04/2023**
Document Name: **Response/Reply**
Comment:          **Response to Line**

---

File Date:        **12/04/2023**
Document Name: **Line**
Comment:          **Line regarding Motion to Quash Subpoena and Subpoena Records**

---

File Date:        **12/06/2023**
Document
Name:             **Order**
Comment:          **December 8 2023 Hearing to remain as set, etc. Eserved to Levan, Luzuriaga Prawde and Maloney**

---

File Date:        **12/06/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:          **order**

---

File Date:        **12/07/2023**
Document Name: **Attorney Appearance - $20 Fee**
Comment:          **Entry of Appearance**

---

File Date:        **12/07/2023**
Document Name: **Response/Reply**
Comment:          **Response to Motion for Scheduling Conference and Order on Attorney's Fees**

---

File Date:        **12/08/2023**
Document Name: **Hearing Sheet**
Comment:

---

File Date:        **12/08/2023**
Document Name: **Notice/Designation - Expert Witness(es)**
Comment:          **Defendants' Expert Witness Designation**

---

File Date:         **12/08/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit 1**

---

File Date:         **12/08/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit 2**

---

File Date:         **12/08/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit 3**

---

File Date:         **12/08/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit 4**

---

File Date:         **12/08/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit 5**

---

File Date:         **12/13/2023**
Document Name: **Complaint - Amended**
Comment:           **Second Amended Complaint**

---

File Date:         **12/13/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit A to Second Amended Complaint**

---

File Date:         **12/13/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit B to Second Amended Complaint**

---

File Date:         **12/13/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit C - to Second Amended Complaint**

---

File Date:         **12/13/2023**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit D to Second Amended Complaint**

---

File Date:         **12/13/2023**
Document Name: **Supporting Exhibit**

Comment:            **Exhibit E to Second Amended Complaint**

---

File Date:          **12/13/2023**
Document Name:      **Supporting Exhibit**
Comment:            **Exhibit F to Second Amended Complaint**

---

File Date:          **12/13/2023**
Document Name:      **Supporting Document**
Comment:            **Redline Comparison of Amended Complaint and Second Amended Complaint**

---

File Date:          **12/14/2023**
Document Name:      **Certificate Regarding Discovery**
Comment:            **Notice of Discovery Answers to Interrogatories**

---

File Date:          **12/19/2023**
Document Name:      **Consent Motion**
Comment:            **Consent Motion to Modify Scheduling Order**

---

File Date:          **12/20/2023**
Document
Name:               **Order**

Comment:            **Modifying Scheduling Order. Eserved to Luzuriaga, Levan, Bolton, Rauch, Maloney, and
                    Prawde.**

---

File Date:          **12/20/2023**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Order Modifying Scheduling Order**

---

File Date:          **12/21/2023**
Document Name:      **Attorney Appearance - $20 Fee**
Comment:            **Entry of Appearance for Jonathon Herman**

---

File Date:          **12/21/2023**
Document Name:      **Motion - Quash Subpoena**
Comment:            **Emergency. Motion to Quash by Jonathan Herman**

---

File Date:          **12/21/2023**
Document Name:      **Supporting Exhibit**
Comment:            **Exhibit 1 - Subpoena to AT&amp;T**

---

File Date:          **12/21/2023**
Document Name:      **Memorandum**

Comment:         **Memorandum of Law Supporting Motion to Quash**

---

File Date:       **12/21/2023**
Document Name:   **Deficient Filing**
Comment:         **Motion to Shorten Time to Respond to Motion to Quash**

---

File Date:       **12/21/2023**
Document Name:   **Deficient Filing**
Comment:         **Proposed Order on Motion to Shorten Time**

---

File Date:       **12/21/2023**
Document Name:   **Certificate Regarding Discovery**
Comment:         **Notice of Service Response to RFPD**

---

File Date:       **12/22/2023**
Document Name:   **Notice of Deficiency - Rule 20-203(d)**
Comment:

---

File Date:       **12/22/2023**
Document Name:   **Writ /Summons/Pleading - Electronic Service**
Comment:         **Notice of Deficiency**

---

File Date:       **12/22/2023**
Document Name:   **Motion - Shorten Time**
Comment:         **Corrective Motion to Shorten Time to Respond to Motion to Quash**

---

File Date:       **12/22/2023**
Document Name:   **Motion - Quash Subpoena**
Comment:

---

File Date:       **12/22/2023**
Document Name:   **Supporting Exhibit**
Comment:         **Exhibit A**

---

File Date:       **12/22/2023**
Document Name:   **Notice of Objection Filed**
Comment:         **Filed by Town of Sykesville Rule 2-510 Objection to Subpoena**

---

File Date:       **12/26/2023**
Document
Name:            **Order**

Comment: **Defendant's shall respond to Jonathan Herman's Motion to Quash on or before December 28, 2023 at noon. Eserved to Luzuriaga, Levan, Bolton, Rauch, Maloney, and Prawde.**

---

File Date: **12/26/2023**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment: **order**

---

File Date: **12/26/2023**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment: **order**

---

File Date: **12/28/2023**

Document Name: **Opposition**

Comment: **Defendants' Opposition to Jonathan Herman's Motion to Quash**

---

File Date: **12/28/2023**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 1**

---

File Date: **12/28/2023**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 2**

---

File Date: **12/28/2023**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 3**

---

File Date: **12/28/2023**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 4**

---

File Date: **12/28/2023**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 5**

---

File Date: **12/28/2023**

Document Name: **Order**

Comment: **Herman's Motion to Quash is Denied, Eserved to Luzuriaga, Levan, Bolton, Rauch, Maloney, and Prawde.**

---

File Date: **12/28/2023**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment:        **order**

---

File Date:      **01/08/2024**

Document
Name:           **Opposition**

Comment:        **Defendants/Counter-Plaintiffs' Opposition to Rosen Hoover Sykes Brown P.A.s Motion to Quash Subpoena for Records, and Hearing Request**

---

File Date:      **01/08/2024**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit 1**

---

File Date:      **01/08/2024**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit 2**

---

File Date:      **01/10/2024**

Document
Name:           **Order**

Comment:        **Set for hearing. Copies eserved to Scarlett, Sykes, Luzuriaga, Levan, Bolton, Rauch, Maloney, Prawde**

---

File Date:      **01/10/2024**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment:        **Order Setting Hearing**

---

File Date:      **01/10/2024**

Document Name: **Hearing Notice Issued**

Comment:        **2/23 hrg**

---

File Date:      **01/10/2024**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment:        **Technology notice**

---

File Date:      **01/10/2024**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment:        **Hearing Notice Sykes**

---

File Date:      **01/10/2024**

Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment:        **Hearing Notice Maloney**

---

File Date:       **01/10/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Hearing Notice Levan**

---

File Date:       **01/10/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Hearing Notice Scarlett**

---

File Date:       **01/10/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:         **Hearing Notice Luzuriaga**

---

File Date:       **01/24/2024**
Document Name: **Reply to Opposition**
Comment:         **Reply opposition**

---

File Date:       **01/24/2024**
Document Name: **Supporting Exhibit**
Comment:         **Exhibit A to reply to opposition**

---

File Date:       **02/06/2024**
Document Name: **Line**
Comment:         **Notice of Intention to Use Video and Computer Generated Evidence**

---

File Date:       **02/23/2024**
Document Name: **Hearing Sheet**
Comment:

---

File Date:       **02/23/2024**
Document Name: **Motion – Modify Scheduling Order**
Comment:         **Consent Motion to Modify Scheduling Order**

---

File Date:       **02/23/2024**
Document
Name:            **Order**
Comment:         **Modifying Scheduling Order. Copies eserved to Scarlett, Sykes, Luzuriaga, Levan, Bolton, Rauch, Maloney, Prawde**

---

File Date:       **02/23/2024**
Document
Name:            **Order**
Comment:         **reserving ruling on Notice of Objection generally; on or before 3/1/24, Defendants Warfield Historic Properties and Warfield Historic Quad shall serve upon Plaintiff written designation of**

**any documents it contends should be produced from the Town; On or before March 15, 2024, Plaintiff shall serve a response and shall file privilege log together with the disputed responsive records with the Court under seal, etc. Copies eserved to Scarlett, Sykes, Luzuriaga, Levan, Bolton, Rauch, Maloney, Prawde**

---

File Date: **02/23/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **order scheduling**

---

File Date: **02/23/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **order**

---

File Date: **03/01/2024**
Document Name: **Consent Motion**
Comment: **Consent Motion to Re-Schedule Trial, Pre-Trial Conference and Modify Scheduling Order**

---

File Date: **03/06/2024**
Document Name: **Order**
Comment: **Deferring ruling on postponement pending compliance with policy, etc. Copies eserved to Scarlett, Sykes, Luzuriaga, Levan, Bolton, Rauch, Maloney, Prawd**

---

File Date: **03/06/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **order**

---

File Date: **03/07/2024**
Document Name: **Consent Motion**
Comment: **Amended Consent Motion to Re-Schedule Trial, Pre-Trial Conference and Modify Scheduling Order**

---

File Date: **03/07/2024**
Document Name: **Amended Scheduling Order**
Comment: **eServed to Scarlett, Sykes, Luzuriaga, Levan, and Maloney**

---

File Date: **03/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **order**

---

File Date: **03/08/2024**
Document Name: **Hearing Notice Issued**

| | |
|---|---|
| Comment: | **11/8 PTC; 1/13-16/25 Trial** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Courtroom Technology Notice** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Hearing – Maloney** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Hearing – Scarlett** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Hearing – Luzuriaga** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Hearing – Levan** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Settlement Officer Assignment - Desper** |

---

| | |
|---|---|
| File Date: | **03/08/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Hearing – Desper** |

---

| | |
|---|---|
| File Date: | **03/09/2024** |
| Document Name: | **Motion - Compel** |
| Comment: | **Motion to Compel Inspection of Property** |

---

| | |
|---|---|
| File Date: | **03/09/2024** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Motion to Compel Exh A** |

---

| | |
|---|---|
| File Date: | **03/09/2024** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **MOtino to Compel Exh B** |

---

File Date:      **03/22/2024**
Document Name: **Returned/Undeliverable Mail**
Comment:        **marked as - not deliverable as addressed**

---

File Date:      **03/25/2024**
Document Name: **Opposition**
Comment:        **Defendants' Opposition to Plaintiff's Motion to Compel**

---

File Date:      **03/25/2024**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit 1**

---

File Date:      **03/25/2024**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit 2**

---

File Date:      **03/25/2024**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit 3**

---

File Date:      **03/26/2024**
Document Name: **Suggestion of Bankruptcy**
Comment:        **Suggestion of Bankruptcy for Defendants and Notice of Automatic Stay**

---

File Date:      **03/27/2024**
Document
Name:           **Order**
Comment:        **All proceedings are stayed pending filing of proof that the stay in Bankruptcy has been lifted-Within 15 days the remaining parties shall file Memoranda addressing whether the action can proceed to the remaining Defendant. Eserved to Levan, Luzuriaga, Maloney, Scarlett and Sykes**

---

File Date:      **03/27/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Order Staying Proceedings-Parties to file Memoranda**

---

File Date:      **03/27/2024**
Document Name: **Line**
Comment:        **Line regarding 03/27/24 Order**

---

File Date:      **04/11/2024**
Document Name: **Response/Reply**
Comment:        **Response to Court Order Dated March 26, 2024**

File Date:      **04/15/2024**

Document
Name:           **Order**

Comment:        **30 Day Deferral is Granted, court will take no action for 30 days, eServed to Levan, Luzuriaga, Maloney, Scarlett and Sykes**

---

File Date:      **04/15/2024**

Document Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:        **order**

---

File Date:      **05/14/2024**

Document Name:  **Response/Reply**

Comment:        **Status Report in Response to Court Order**

---

File Date:      **05/15/2024**

Document
Name:           **Order**

Comment:        **Noted: Court Defers action for an Additional 30 days. Eserved to Levan, Luzuriaga, Maloney, Scarlett and Sykes**

---

File Date:      **05/15/2024**

Document Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:        **Order- Noted: Court Defers Action for Additional 30 days**

---

File Date:      **06/14/2024**

Document Name:  **Response/Reply**

Comment:        **Additional Status Report in Response to Court Order**

---

File Date:      **06/17/2024**

Document
Name:           **Order**

Comment:        **Noted. Additional Status Report to Be Filed on or Before 08/15/2024. Eserved to Scarlett, Sykes, Luzuriaga, Levan, Bolton, Rauch, Maloney, and Prawde.**

---

File Date:      **06/17/2024**

Document Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:        **Order**

---

File Date:      **08/19/2024**

Document Name:  **Response/Reply**

Comment:        **Additional Status Report in Response to Court Order**

---

| | |
|---|---|
| File Date: | **08/20/2024** |
| Document Name: | **Order** |
| Comment: | **Noted- Additional Status Report to be filed on or before 10/1/24. copies eserved to Attorney Levan, Attorney Rauch, Attorney Luzuriaga, Attorney Maloney, Attorney Scarlett, and Attorney Sykes.** |

| | |
|---|---|
| File Date: | **08/20/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Order- Noted** |

| | |
|---|---|
| File Date: | **10/01/2024** |
| Document Name: | **Response/Reply** |
| Comment: | **Additional Status Report in Response to Court Order** |

| | |
|---|---|
| File Date: | **10/02/2024** |
| Document Name: | **Order** |
| Comment: | **Noted: Additional Status Report to be filed on or before 01/01/2025. Eserved to Levan, Luzuriaga, Maloney, Scarlett and Sykes** |

| | |
|---|---|
| File Date: | **10/02/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Order-Noted: Additional Status Report to filed on or before 01/01/25** |

| | |
|---|---|
| File Date: | **11/06/2024** |
| Document Name: | **Motion - Postponement/Continuance** |
| Comment: | **Joint Motion to Postpone Pre-Trial Conference** |

| | |
|---|---|
| File Date: | **11/07/2024** |
| Document Name: | **Order** |
| Comment: | **Joint Motion to Postpone is Granted, PreTrial is postponed to 1/3/25 at 9:00AM, eServed to Scarlett, Sykes, Luzuriaga, Levan and Maloney** |

| | |
|---|---|
| File Date: | **11/07/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **order** |

| | |
|---|---|
| File Date: | **11/07/2024** |
| Document Name: | **Hearing Notice Issued** |
| Comment: | **1/3 ptc** |

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Technology Notice**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Hearing Notice Levan**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Hearing Notice Sykes**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Hearing Notice Luzuriaga**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Hearing Notice Scarlett**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Hearing Notice Maloney**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Settlement Officer Reassignment Luzuriaga**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Settlement Officer Reassignment Scarlett**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Settlement Officer Reassignment Levan**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Settlement Officer Reassignment Sykes**

---

File Date:      **11/07/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment:          **Settlement Officer Reassignment Maloney**

---

File Date:          **01/03/2025**
Document Name:      **CS Pre-Trial Disposition Sheet**
Comment:            **Settled**

---

File Date:          **01/03/2025**
Document Name:      **Hearing Sheet**
Comment:

---

File Date:          **01/03/2025**
Document Name:      **Hearing Notice Issued**
Comment:            **1/13 hrg**

---

File Date:          **01/03/2025**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Technology Notice**

---

File Date:          **01/03/2025**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Hearing Notice Sykes**

---

File Date:          **01/03/2025**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Hearing Notice Maloney**

---

File Date:          **01/03/2025**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Hearing Notice Luzuriaga**

---

File Date:          **01/03/2025**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Hearing Notice Levan**

---

File Date:          **01/03/2025**
Document Name:      **Writ /Summons/Pleading - Electronic Service**
Comment:            **Hearing Notice Scarlett**

---

File Date:          **01/03/2025**
Document
Name:              **Order**

|  | |
|---|---|
| Comment: | **–Temporary Order Regarding Stipulation of Dismissal; Setting 1/13/25 8:45 AM Status Review, Pending Submission Copies E- Served to Attorney Luzuriaga, Attorney Rauch, Attorney Maloney, and Attorney Scarlett** |

---

| | |
|---|---|
| File Date: | **01/03/2025** |
| Document Name: | **Report of** |
| Comment: | **Additional Status Report in Response to Court Order** |

---

| | |
|---|---|
| File Date: | **01/08/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Temporary Order** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Hearing Sheet** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Hearing Notice Issued** |
| Comment: | **3/10 hrg** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Technology Notice** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Scarlett** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Maloney** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Luzuriaga** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice Sykes** |

---

| | |
|---|---|
| File Date: | **01/13/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |

Comment:     **Hearing Notice Levan**

---

File Date:     **03/03/2025**
Document Name: **Dismissal - Voluntary (Partial)**
Comment:     **Stipulation of Dismissal with Prejudice as to Defendant Sudow Kohlhagenn LLP**

---

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **05/25/2023** |
| **Summons Issued** | **05/25/2023** |
| **Summons Issued** | **05/25/2023** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114