IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **WARFIELD HISTORIC** | ) | Case Nos. 24-12500; 24-12506; |
| **PROPERTIES, LLC,** *et al.* | ) | 24-12504; 24-12508; 24-12511 |
| | ) | |
| Debtors. | ) | **(Jointly Administered Under** |
| | ) | **Chapter 11 Case No. 24-12500)** |
| | ) | |
| **WARFIELD HISTORIC** | ) | |
| **PROPERTIES, LLC,** *et al.* | ) | Adversary No. 25-00042-LSS |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **TOWN OF SYKESVILLE** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE
<u>PLEADINGS</u>**

Upon consideration of Defendant Town of Sykesville's Motion for Judgment on the

Pleadings and Plaintiffs Warfield Historic Properties, LLC, Warfield Historic Quad, LLC,

1

Warfield Restorations, LLC, Warfield Center, LLC, and Warfield Properties, LLC's Opposition to the Motion for Judgment on the Pleadings, and any hearing on the motions, it is this _____ day of _____, 2025, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that Defendant's Motion for Judgment on the Pleadings be, and the same, is hereby **DENIED.**

Copies to:

Timothy F. Maloney, Esq.
Alyse L. Prawde, Esq.
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 207702
tmaloney@jgllaw.com
aprawde@jgllaw.com

Bryan D. Bolton, Esq.
Bradley J. Swallow, Esq.
Lee B. Rauch, Esq.
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
bbolton@fblaw.com
bswallow@fblaw.com
lrauch@fblaw.com

Elissa D. Levan, Esq.
2007 Tidewater Colony Drive
Annapolis, Maryland 21401
Elevan@levanruff.com

**End of Order**